IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-CR-30084-MJR |
| | ) | |
| GINO CHRISTOPHER MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**REAGAN, District Judge**

This matter is before the Court on the application of the United States of America to designate the within case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C.§3771 (Doc. 5). The Government has represented that there are thousands of victims of the purported fraud charged in the information and that formal compliance with all of the provisions of the Act would be impracticable.

Pursuant to 18 U.S.C. §3771(d)(2), the Court **FINDS** that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in Section 3771(a). The Court therefore **GRANTS** the Government's motion (Doc. 5) and **ORDERS** that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met through the establishment of an Internet web page and by updating the web page by providing notice of relevant events in the case. The Court determines that such a procedure would give effect to the Act but will not unduly complicate or prolong the proceedings.

**IT IS SO ORDERED.**

**DATED: March 23, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**